IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADERO PEARSON, # 204003, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-932-WKW |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge has filed a Recommendation (Doc. # 6) that Plaintiff Adero Pearson's complaint (Doc. # 1) be transferred to the U.S. District Court for the Northern District of Alabama, as the events he complains of all took place within that district. No objections have been filed to the report. After an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) This matter is TRANSFERRED to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 1404.

DONE this 5th day of November, 2009.

                                             /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE